■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYEHIN CINTRON, Appellant. [696 NYS2d 410] —Appeal from judg-

ment, Supreme Court, New York County (Michael Corriero, J.), rendered April 1, 1998, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him to a term of 3 to 9 years, held in abeyance, and the matter remitted to Supreme Court to conduct a reconstruction hearing in accordance with the decision herein.

The record is insufficiently clear as to the court's reasons for its excusal of a prospective juror following a sidebar conference conducted in defendant's absence. Accordingly, a reconstruction hearing is required to determine, if possible, whether the excusal was for cause or the result of defense counsel's discretionary choice. Concur—Sullivan, J. P., Williams, Wallach, Lerner and Friedman, JJ.